UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 0085 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Morton Denlow |
| JOHN ABNEY | ) | **UNDER SEAL** |

**KC FILED**
**JAN 31 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

## GOVERNMENT'S MOTION TO SEAL COMPLAINT, AFFIDAVIT, AND ARREST WARRANT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves this Honorable Court for entry of an order sealing the criminal Complaint, Affidavit, and Arrest Warrant in this matter.

The public filing of the Complaint, Affidavit, and Arrest Warrant in this matter before the Arrest Warrant can be executed could alert the defendant and result in flight. For this reason, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrant, as well as this Motion to Seal, be sealed until April 1, 2008, or until the arrest of the defendant, or until such earlier time as the Court directs the unsealing of these documents. The government requests, however, that law enforcement officers be allowed to enter the warrant in appropriate law enforcement databases.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *[signature]*
BETHANY K. BIESENTHAL
Assistant United States Attorney