Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 85 - 1 | **DATE** | 1/31/2008 |
| **CASE TITLE** | USA vs. John Abney | | |

**DOCKET ENTRY TEXT**

Government's motion to seal compliant, affidavit and arrest warrant until 4/1/08 or until the arrest of the defendant or further order of the Court is granted. Enter Order. Arrest warrant issued as to John Abney.

■ [ For further detail see separate order(s).]

| | | Courtroom Deputy Initials: | DK |
|---|---|---|---|