UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 0085 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Morton Denlow |
| JOHN ABNEY | ) | **UNDER SEAL** |

## ORDER

Upon the government's motion to seal the applications and affidavit in support in the above-caption matter:

IT IS HEREBY ORDERED THAT:

The Complaint, Affidavit, and Arrest Warrant in the above-captioned case be sealed until April 1, 2008, or until the arrest of the defendant, or until such earlier time as the Court directs the unsealing of these documents. Law enforcement officers are permitted to enter the arrest warrant into appropriate law enforcement databases.

ENTERED:

_Morton Denlow_
MORTON DENLOW
U.S. Magistrate Judge

Dated: January 31, 2008