**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AUG 2 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 08 CR 85 |
| | ) | |
| JOHN ABNEY | ) | Violations: Title 18, United States Code, |
| | ) | Sections 875(c) and 844(e) |

JUDGE AMY ST. EVE

MAGISTRATE JUDGE DENLOW

**COUNT ONE**

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about November 13, 2007, at Hoffman Estates, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOHN ABNEY,

defendant herein, did knowingly transmit in interstate commerce a communication containing a threat to injure the person of another, namely, Victim A, by placing a telephone call at approximately 11:15 p.m. (Central Time) from Arizona to Illinois;

In violation of Title 18, United States Code, Section 875(c).

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about December 27, 2007, at Hoffman Estates, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOHN ABNEY,

defendant herein, did knowingly transmit in interstate commerce a communication containing a threat to injure the person of another, namely, Victim B, by placing a telephone call at approximately 12:00 a.m. (Central Time) from Arizona to Illinois;

In violation of Title 18, United States Code, Section 875(c).

## COUNT THREE

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about December 27, 2007, at Hoffman Estates, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOHN ABNEY,

defendant herein, did knowingly transmit in interstate commerce a communication containing a threat to injure the person of another, namely, Victims B and C, by placing a telephone call at approximately 12:09 a.m. (Central Time) from Arizona to Illinois;

In violation of Title 18, United States Code, Section 875(c).

## **COUNT FOUR**

The SPECIAL MARCH 2007 GRAND JURY further charges that:

On or about December 27, 2007, at Hoffman Estates, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOHN ABNEY,

defendant herein, through the use of a cellular telephone, an instrument of interstate and foreign commerce, willfully made a threat concerning an alleged attempt to kill an individual and unlawfully to damage and destroy a vehicle, by means of an explosive, namely, by placing a telephone call from Arizona to Illinois at approximately 12:09 a.m. (Central Time) in which defendant claimed he intended to kill an individual by means of a pipe bomb, placed under a car;

In violation of Title 18, United States Code, Section 844(e).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY