Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

08 GJ 0059  NP

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | **MAGISTRATE JUDGE GERALDINE SOAT BROWN** |
|---|---|---|---|
| CASE NUMBER | 08-CR-00085 | DATE | ~~July 23, 2008~~ August 20, 2008 |
| CASE TITLE | US v. JOHN ABNEY | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

## GRAND JURY PROCEEDING

**JUDGE AMY ST. EVE**

The Grand Jury for the SPECIAL MARCH 2007 Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _Geraldine Soat Brown_

**FILED**
AUG 2 0 2008
NF

DOCKET ENTRY:

**MAGISTRATE JUDGE DENLOW**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NO BOND SET, DETAINED BY MAGISTRATE. DEFENDANT IS CURRENTLY IN THE CUSTODY OF D.O.C. OF ARIZONA.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                    UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET #