UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 25 2008
JUDGE AMY ST. EVE
United States District Court

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 08 CR 85 |
| | ) |
| JOHN ABNEY | ) Judge Amy J. St. Eve |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto your Honor that:

Name:
Date of Birth:
Sex:
Race:
Prisoner No.:

has been and now is, in due form and process of law, detained in the following institution:

Lewis State Prison
26700 S. Hwy. 85
Buckeye, AZ 85326

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with violations of Title 18, United States Code, Sections 875(c) and 844(e), and is now wanted in such division and district on September 25, 2008 at 9:00, for arraignment before the Honorable Amy J. St. Eve, United States District Judge, Dirksen Building, 219 S. Dearborn, Chicago, Illinois, Courtroom 1214. 1241

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

UNITED STATES MARSHAL             PRISON SUPERVISOR
Northern District of Illinois              Lewis State Prison
Chicago, Illinois                              27600 S. Hwy. 85, Buckeye, AZ 85326

commanding them to produce the body of the said prisoner before this Court at said time and on said date, and that when the said prisoner shall be so produced pursuant to said Writ, and that when these proceedings have been concluded, that JOHN ABNEY shall be remanded to the Metropolitan Correctional Center, 71 West Van Buren, Chicago, IL 60605, or such other institution as directed by the United States Bureau of Prisons, until the conclusion of the proceedings in the instant case number 08 CR 85.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

By: *[signature]*
    Bethany K. Biesenthal
    Assistant United States Attorney
    United States Attorney's Office
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-7629