# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 85 | **DATE** | 8/25/2008 |
| **CASE TITLE** | United States vs. John Abney | | |

**DOCKET ENTRY TEXT**

Government's Petition for Writ of Habeas Corpus Ad Prosequendum is granted. Writ to issue for defendant to be brought before this Court for arraignment on 9/25/08 at 9:00 a.m. in courtroom 1241. Arraignment set for 8/26/08 is stricken. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

*4 writs + ICCMO*
*on 4-26-2008*
*YAP*

| | U.S. DISTRICT COURT  2008 AUG 25 PM 1:06  FILED | Courtroom Deputy Initials: | KF |
|---|---|---|---|