UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No.  08 CR 85 |
| | ) |
| JOHN ABNEY | ) Judge Amy J. St. Eve |

### ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

Name:
Date of Birth:
Sex:
Race:
Prisoner No.:

has been and now is, in due process of law, incarcerated in the following institution:

Lewis State Prison
26700 S. Hwy. 85
Buckeye, AZ 85326

and that said defendant is charged in the above-captioned case with violations of Title 18, United States Code, Sections 875(c) and 844(e), and that said defendant should appear in this case in the United States District Courthouse, 219 S. Dearborn, Chicago, Illinois, on September 25, 2008 at 9:00 a.m. for arraignment before the Honorable Amy J. St. Eve, United States District Judge, Courtroom ~~1214~~. 1241

IT IS THEREFORE ORDERED that the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL | PRISON SUPERVISOR |
| Northern District of Illinois | Lewis State Prison |
| Chicago, Illinois | 27600 S. Hwy. 85, Buckeye, AZ 85326 |

bring or cause to be brought before this Court, at said time on said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTERED:

_____
The Honorable Amy J. St. Eve
United States District Judge

DATED at Chicago, Illinois
this 25 day of August, 2008